Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Elizabeth Ibey

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH IBEY, Individually and on Behalf of All Others Similarly Situated,** | **Case No.: 3:13-cv-00502-GPC-RBB** |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **WAL-MART STORES, INC.; and SINGLE TOUCH INTERACTIVE, INC.,** | |
| Defendants. | |

**HYDE & SWIGART**
San Diego, California

1    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.

2    The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety

3    with prejudice within 14 days.  Plaintiff requests that all pending dates and filing

4    requirements be vacated and that the Court set a deadline on or after  January 30,

5    2014 for filing a joint dismissal.

6

7    Respectfully submitted,

8

9    Date:  January 16, 2014                              **HYDE & SWIGART**

10

11                                                    By:  _s/ Joshua B. Swigart_

12                                                         Joshua B. Swigart
                                                          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HYDE & SWIGART**
San Diego, California