# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH IBEY, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.; and SINGLE TOUCH INTERACTIVE, INC.,<br><br>Defendants. | CASE NO. 13-CV-00502-GPC-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Dkt. No. 37] |

On January 29, 2014, the parties filed a joint motion to dismiss the above titled action in its entirety. (Dkt. No. 37.) Having reviewed the joint motion, and good cause showing, the Court hereby GRANTS the motion. Accordingly, the Court hereby **DISMISSES** the action in its entirety, DISMISSING WITH PREJUDICE the claims of Plaintiff Elizabeth Ibey and DISMISSING WITHOUT PREJUDICE the claims as to the alleged, un-named putative class members.

The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: January 30, 2014

*Gonzalo Curiel*
HON. GONZALO P. CURIEL
United States District Judge