

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Elizabeth Ibey;

                              **Plaintiff,**

                    V.

Wal-Mart Stores, Inc.; Single Touch Interactive, Inc.

                              **Defendant.**

**Civil Action No.**   13-cv-502-GPC-RBB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is Dismissed in its entirety. The claims of Plaintiff Elizabeth Ibey are Dismissed With Prejudice and the claims as to the alleged, un-named putative class members are Dismissed Without Prejudice.

Date:          1/30/14

**CLERK OF COURT**
**JOHN MORRILL, Acting Clerk of Court**
By:  s/  S. Melvin
                              S. Melvin, Deputy